IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION


MICHAEL ACEVEDO,

      Plaintiff,

v.                                          4:19cv262–WS/MAF

T. THOMAS, et al.,

      Defendants.

_____

## ORDER ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Before the court is the magistrate judge's report and recommendation (ECF No. 29) docketed November 18, 2020. The magistrate judge recommends that Defendant T. Thomas's motion to dismiss (ECF No. 26) be granted. No objections to the report and recommendation have been filed.

The court has reviewed the record and has determined that the magistrate judge's report and recommendation should be adopted.

Accordingly, it is ORDERED:

1. The magistrate judge's report and recommendation (ECF No. 29) is

ADOPTED and incorporated by reference into this order.

    2. Defendant Thomas's motion to dismiss (ECF No. 26) is GRANTED.

    3. Plaintiff's request for declaratory relief is DISMISSED.

    4. The clerk shall return the case to the magistrate judge for further

proceedings.

    DONE AND ORDERED this ___18th___ day of ____December___, 2020.


    s/ William Stafford_____
    WILLIAM STAFFORD
    SENIOR UNITED STATES DISTRICT JUDGE