IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

MICHAEL ACEVEDO,

    Plaintiff,

v.                                                  4:19cv262–WS/MAF

OFFICER T. THOMAS and
OFFICER T. THORPE,

    Defendants.

_____

## ORDER ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Before the court is the magistrate judge's report and recommendation (ECF No. 52) docketed April 15, 2021. The magistrate judge recommends that Defendant Thorpe be dismissed from the case for failure to exhaust administrative remedies. The plaintiff has filed no objections to the report and recommendation.

The court having carefully reviewed the record, it is ORDERED:

1. The magistrate judge's report and recommendation is ADOPTED and incorporated by reference into this order.

2. Defendant Thorpe's motion to dismiss (ECF No. 48) is GRANTED.

2. Plaintiff's claims against Defendant Thorpe are DISMISSED for failure to exhaust administrative remedies pursuant to 28 U.S.C. § 1997(e).

3. The clerk shall enter judgment stating: "All claims against Defendant T. Thorpe are DISMISSED for failure to exhaust administrative remedies."

4. The clerk shall return the case to the magistrate judge for further proceedings.

DONE AND ORDERED this __20th__ day of __May__, 2021.

s/ William Stafford
WILLIAM STAFFORD
SENIOR UNITED STATES DISTRICT JUDGE